# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| UNILOC USA, INC., and UNILOC LUXEMBOURG SA, <br><br> Plaintiffs, <br><br> v. <br><br> HIKE LTD., <br><br> Defendant. | § § § § § § § § § § § <br><br> Case No. 2:17-cv-00476-JRG-RSP |

## ORDER

Uniloc USA, Inc. and Uniloc Luxembourg SA ("Uniloc") and Hike Ltd. ("Hike") filed a Joint Stipulation for Entry of Order of Dismissal with Prejudice, which is now before the Court (Dkt. No. 62.) After consideration, the Court is of the opinion that the Stipulation should be APPROVED. IT IS THEREFORE ORDERED that:

1. Any and all claims by Uniloc against Hike and Hike against Uniloc are DISMISSED WITH PREJUDICE;

2. Uniloc and Hike shall each bear their own attorney's fees, expenses and costs; and

3. All other relief requested between Uniloc and Hike should be denied as moot.

Because no defendants remain active, the Court directs the clerk to close the case.

**So ORDERED and SIGNED this 18th day of April, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE